**Opinion filed November 30, 2016**



### In The

# Eleventh Court of Appeals

_____

## No. 11-16-00205-CV

_____

## JOSHUA OGLE, Appellant

## V.

## BRENDA KAY JOHNSON, INC. AND
## CASEY EQUIPMENT, LTD., Appellees

**On Appeal from the 244th District Court**
**Ector County, Texas**
**Trial Court Cause No. C-139,276-C**

### M E M O R A N D U M   O P I N I O N

The parties have filed in this court a joint motion to dismiss this appeal. In the motion, the parties state that they have reached a negotiated agreement and request that we dismiss this appeal with prejudice and order each party to bear its own costs. *See* TEX. R. APP. P. 42.1.

The motion is granted, and the appeal is dismissed.

November 30, 2016                                                PER CURIAM

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.